UNITED STATES DISTRICT COURT
MARTIN LUTHER KING, JR.
FEDERAL BLD & U.S. COURTHOUSE
50 WALNUT STREET
P.O. BOX 419
NEWARK, N.J.  07101-0419
(973)645-4583

William T. Walsh
Clerk

CLERK

SUPERIOR COURT OF NEW JERSEY
MIDDLESEX COUNTY
56 PATERSON STREET..
NEW BRUNSWICK, NJ 08903

RE: TUCKER VS. CARLSON HOTELS, et al

CV-11-3941(ES)

YOUR NO: MID-L-001236-11

Dear Sir/Madam:

Pursuant to the Order of Remand entered in above matter, enclosed please find one Certified copy of the Order of Remand and one Certified copy of the docket sheet.

Kindly acknowledge receipt on copy of this letter.

Very truly yours,

William T. Walsh, Clerk

by:

SHEREE RAIMO     2/17/12
Deputy Clerk